Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−19764−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald J. Mercer
   dba Mercer Remodeling
   288 Kettle Creek Rd
   Toms River, NJ 08753−1990

Social Security No.:
   xxx−xx−5521

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/7/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-19764-MBK
Ronald J. Mercer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Oct 07, 2022   Form ID: 148   Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ronald J. Mercer, 288 Kettle Creek Rd, Toms River, NJ 08753-1990 |
| 518243267 | | Barron Emergency Physicians, Attn: AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 518243270 | | Citibank, N.A, Attn: ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 518404120 | + | Ocean Medical Center, CCCB, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518243272 | | Ocean Medical Center Meridian Health, Attn: Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518243274 | | Synchrony Bank/ TJX, Attn: Portfolio Recovery Associates, LLC, PO Box 4115, Concord, CA 94524-4115 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518283633 | | EDI: PHINAMERI.COM | Oct 08 2022 00:18:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518334273 | + | EDI: AIS.COM | Oct 08 2022 00:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518243268 | | EDI: CAPITALONE.COM | Oct 08 2022 00:18:00 | Capital One Bank USA, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518243269 | | EDI: CAPITALONE.COM | Oct 08 2022 00:18:00 | Capital One, N.A, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518243271 | | EDI: PHINAMERI.COM | Oct 08 2022 00:18:00 | GM Financial, PO Box 183593, Arlington, TX 76096-3593 |
| 518305988 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 07 2022 20:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518344221 | | Email/Text: mtgbk@shellpointmtg.com | Oct 07 2022 20:22:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518586112 | + | Email/Text: RASEBN@raslg.com | Oct 07 2022 20:22:00 | Newrez LLC d/b/a Shellpoint Mortgage Servicing, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518364077 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Gm Consumer, POB 41067, Norfolk VA 23541 |
| 518364456 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o The |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Oct 07, 2022 | Form ID: 148 | Total Noticed: 23

| Recip ID | | | Date | Name and Address |
|---|---|---|---|---|
| | | | | Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518365548 | | EDI: PRA.COM | Oct 08 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518243273 | ^ | MEBN | Oct 07 2022 20:23:02 | Shellpoint Mortgage Services, C/O: KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 518246704 | + | EDI: RMSC.COM | Oct 08 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518331217 | | EDI: WFFC2 | Oct 08 2022 00:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518243275 | | EDI: WFFC2 | Oct 08 2022 00:18:00 | Wells Fargo/ FMG, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518867156 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com kimwilson@raslg.com |
| John Michael McDonnell | |

on behalf of Debtor Ronald J. Mercer jmcdonnell@mchfirm.com

Laura M. Egerman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8